**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FEDERICO GAGGIO and MARIANN WISSA HVELPLUND,**

        **Plaintiffs,**

**-vs-**          Case No. **6:10-cv-1942-Orl-22KRS**

**LAKE AUSTIN PROPERTIES I, LTD,**

        **Defendant.**

_____

**ORDER**

This cause is before the Court on Plaintiffs' Renewed Motion for Proceedings Supplementary (Doc. No. 33) filed on December 15, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed December 21, 2011 (Doc. No. 34) is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiffs' Renewed Motion for Proceedings Supplementary (Doc. No. 33) is GRANTED in part.

3. EXTENSOR CAPITAL MANAGEMENT PARTNERS, II, LLC is hereby IMPLEADED as a defendant in this case for the purpose of post-judgment supplementary proceedings in aid of execution.

4. Plaintiffs are directed to serve their Renewed Motion for Proceedings Supplementary (Doc. No. 33), along with a copy of this Order on Extensor Capital Management Partners, II, LLC in accordance with Rule 4, Fed.R.Civ.P., and file proof of service.

5. Once proof of service is filed, Plaintiffs may file a motion for issuance of an order to show cause to Extensor Capital Management Partners, II, LLC.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 11, 2012.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge